UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>OSCAR GALDAMEZ, et al.,<br><br>　　　　　　Defendants. | Case No. CV 16-5305 AB(JCx)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiffs' Motion to Strike Defendant's Answer and for Entry of Default, or in the Alternative, to Compel Defendant's Responses to Requests for Production of Documents and Interrogatories and for Sanctions ("Plaintiffs' Motion"), all documents filed by the parties in connection with Plaintiffs' Motion, and all of the records herein, including the Report and Recommendation of the United States Magistrate Judge ("Report and Recommendation"), the documents referenced therein, and the orders incorporated therein. The Court approves and accepts the Report and Recommendation.

///

1

IT IS HEREBY ORDERED: (1) Plaintiffs' Motion is granted to the extent it requests that the Answer of Defendant Oscar Galdamez ("Defendant") be stricken, that a default against Defendant be entered, and that monetary sanctions be imposed against Defendant; (2) Defendant's Answer is stricken; (3) the Clerk shall enter default against Defendant on the Complaint;[1] and (4) Defendant shall pay monetary sanctions in the amount of $14,015, to Plaintiffs within fourteen (14) days of the entry of this Order.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on the attorneys of record who are directed contemporaneously to provide it to the parties they represent in this action.

IT IS SO ORDERED.

DATED: August 17, 2017

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

---

[1] The entry of default judgment is governed by Local Rules 55-1 through 55-2.